IRVING COHEN, Appellant, v. BARBARA HOCKFELD, Formerly Known as BARBARA COHEN, et al., Respondents.—

Rabin, P. J., Hopkins, Munder, Martuscello and Latham, JJ., concur.